# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL CASE

CASE NUMBER: C 07 3987 CW

DMYTRO VEROVKIN  V.  DAVID N. STILL, DISTRICT DIRECTOR,
U.S. CITIZENSHIP & IMMIGRATION SERVICES

FILED
AUG 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: (Name and address of defendant)

SEE ABOVE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DMYTRO VEROVKIN, Pro Se
39821 CEDAR BLVD, Unit 313
Newark, CA 94560

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK
ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | **DATE** Aug 2, 2007 |
| Name of SERVER: Ronald Monks | TITLE: |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

    U.S. Attorney for USCIS
    San Francisco, CA
    Service Accepted By MARYAM BEROS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):  MARYAM BEROS ACCEPTED SVC

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 2, 2007
            Date

Signature of Server: /s/ Ron Monks

Address of Server: 39821 Cedar Blvd #315, Newark, CA 94560

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, I delivered a true and accurate copy of the Summons, Complaint and Order Setting Initial Case Management Conference and ADR Deadlines in case <u>C 07-03987 CW</u> to the Defendant through the United States Attorney, San Francisco, California by handing the forgoing documents to Maryam Beros who is authorized to accept service.

*[signature]*

Ronald C Monks
39821 Cedar Blvd, Unit 313
Newark, CA 94560
510-493-2441