DMYTRO E. VEROVKIN, Pro Se
39821 Cedar Blvd., Unit 313
Newark, CA 94560
Telephone: 510-493-2441
Email: rcmonks@gmail.com

FILED
AUG 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

REC...
AUG 2 ... 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dmytro VEROVKIN,<br><br>       Plaintiff,<br><br>vs.<br><br>David N. STILL, District Director, United States Citizenship & Immigration Services,<br><br>       Defendant | Case No.: **C 07-3987-CW**<br><br>MOTION AND ORDER ON MOTION TO FILE ELECTRONICALLY |

### 1. MOTION

This is an ECF case. Plaintiff is a pro se party and requires an order from the court to establish an account for electronic filing. Plaintiff therefore moves the court for such an order.

Dated this 17th day of August, 2007

_____
DMYTRO E. VEROVKIN,
Pro Se

### II. ORDER

Motion for authorization to open ECF account and file electronically is hereby granted..

Dated this 23rd day of August, 2007.

_____
Judge, U.S District Court,

Complaint - 1

Certificate of Service

I certify that on August 17, 2007, I placed a copy of the forgoing Motion in the US mail addressed to the United States Attorney, 450 Golden Gate Ave, 11th Fl, San Francisco, CA 94102.

Dmytro Verovkin