SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DMYTRO VEROVKIN, ) | No. C 07-3987 CW |
| ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF MELANIE |
| ) | PROCTOR |
| DAVID N. STILL, District Director, United ) | |
| States Citizenship and Immigration ) | |
| Services, ) | |
| ) | |
|         Defendant. ) | |
| _____ ) | |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    Exhibit A is a true copy of Plaintiff's visa application, provided to me by U.S. Citizenship and Immigration Services counsel.

Signed this 1st day of October 2007, in San Francisco, California.

                                              /s/
                                      MELANIE L. PROCTOR

# EXHIBIT A

G806

**U.S. Department of State**
## NONIMMIGRANT VISA APPLICATION

Approved OMB 1405-0018
Expires 08/31/2004
Estimated Burden 1 hour
See Page 2

PLEASE TYPE OR PRINT YOUR ANSWERS IN THE SPACE PROVIDED BELOW EACH ITEM

| # | Field | Value |
|---|---|---|
| 1 | Passport Number | AX780197 |
| 2 | Place of Issuance: City / Country / State/Province | DNIPROPETROVSK / UKRAINE |
| 3 | Issuing Country | UKRAINE |
| 4 | Issuance Date | 03-Mar-2004 |
| 5 | Expiration Date | 03-Mar-2014 |
| 6 | Surnames (As in Passport) | VER'OVKIN |
| 7 | First and Middle Names (As in Passport) | DMYTRO |
| 8 | Other Surnames Used | VEREVKIN (translation from Russian) |
| 9 | Other First and Middle Names Used | DMITRY (translation from Russian) EDUARDOVICH (patr |
| 10 | Date of Birth | 16-Oct-1984 |
| 11 | Place of Birth: City / Country / State/Province | DNIPROPETROVSK / UKRAINE |
| 12 | Nationality | UKRAINIAN |
| 13 | Sex | ☑ Male ☐ Female |
| 14 | National Identification Number | AM651767 (Dom. Passport) |
| 15 | Home Address | UL. KOSIORA 34-60, DNIPROPETROVSK, UKRAINE 51049 |
| 16 | Home Telephone Number | 011 380 562 27-28-81 |
|  | Business Phone Number | SAME |
|  | Mobile/Cell Number | NONE |
|  | Fax Number | NONE |
|  | Business Fax Number | NONE |
|  | Pager Number | NONE |
| 17 | Marital Status | ☐ Married ☑ Single (Never Married) ☐ Widowed ☐ Divorced ☐ Separated |
| 18 | Spouse's Full Name | |
| 19 | Spouse's DOB | |
| 20 | Name and Address of Present Employer or School | Name: GORNIY INSTITUTE   Address: DNIPROPETROVSK, UKRAINE |
| 21 | Present Occupation | STUDENT |
| 22 | When Do You Intend To Arrive In The U.S.? | 22 APR 2004 |
| 23 | E-Mail Address | NONE |
| 24 | At What Address Will You Stay in The U.S.? | 16930 WEST CENTRAL STREET, SURPRISE, ARIZONA 85374 |
| 25 | Name and Telephone Numbers of Person in U.S. Who You Will Be Staying With or Visiting for Tourism or Business | Name: RONALD MONKS; Home Phone: (623) 570-1140; Business Phone: (623) 570-1140; Cell Phone: (623) 570-1140 |
| 26 | How Long Do You Intend To Stay in The U.S.? | PERMANENTLY |
| 27 | What is The Purpose of Your Trip? | MOTHER'S MARRIAGE TO FIANCE - RONALD MONKS |
| 28 | Who Will Pay For Your Trip? | RONALD MONKS |
| 29 | Have You Ever Been in The U.S.? | ☐ Yes ☑ No   WHEN? ___   FOR HOW LONG? ___ |

DO NOT WRITE IN THIS SPACE

B-1/B-2 MAX — B-1 MAX — B-2 MAX — Other: K-2 MAX
Visa Classification
Mult or Number of Applications
Months — Validity
Issued/Refused: 5/18/04 By MAS
Under SEC. 214(b) (221(g)) Other ___ INA
Reviewed By ___

3/31/04

U.S. IMMIGRATION ADMITTED APR 25 2004   7012
CLASS K2 UNTIL 23 OCT 2004
I-94  7074962210

BARCODE

DS-156
02-2003

PREVIOUS EDITIONS OBSOLETE

Page 1 of 2

APR 2 5 2004