**CERTIFICATE OF SERVICE**

<u>**Dmytro Verovkin v. Michael Chertoff; et al.**</u>
**C 07-3749 JF**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

to be served this date upon the party(ies) as follows:

- ✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
- ___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.
- ___ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.
- ___ **FEDERAL EXPRESS**
- ___ **CERTIFIED MAIL**
- ___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Dmytro Verovkin, Pro Se
39821 Cedar Blvd., Unit 313
Newark, CA 94560

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2007 at San Francisco, California.

                                     /s/
                          MELANIE L. PROCTOR
                          Assistant United States Attorney