IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DMYTRO VEROVKIN,

    Plaintiff,

  v.

DAVID N. STILL,

    Defendant.
                               /

No. C 07-03987 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for November 6, 2007, is continued to **November 8, 2007, at 2:00 p.m.,** to be heard along with Defendant's Motion for Summary Judgment in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 10/2/07

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk