UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DMYTRO VEROVKIN,

        Plaintiff,

  v.

DAVID N. STILL et al,

        Defendant.

Case Number: CV07-03987 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of Clerk's Notice Continuing Case Management Conference by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dmytro Verovkin
39821 Cedar Blvd., Unit 313
Newark, CA 94560

Melanie Lea Proctor
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

Dated: October 2, 2007

                                            Richard W. Wieking, Clerk
                                            By: Sheilah Cahill, Deputy Clerk