IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DMYTRO VEROVKIN,

    Plaintiff,

  v.

DAVID N. STILL,

    Defendant.
_____/

No. 07-03987 CW

ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On October 1, 2007, Defendant filed a motion for summary judgment and noticed it for hearing on November 8, 2007. On October 4, 2007, Plaintiff filed a motion for summary judgment and noticed it for hearing on November 8, 2007. Pursuant to this Court's Standing Order,

> "Any cross-motion shall be contained within the opposition to any motion for summary judgment, shall contain 25 pages or less, and shall be filed 21 days before the hearing. The reply to a motion may contain up to 15 pages, shall include the opposition to any cross-motion, and shall be filed 14 days before the hearing. (See Civil Local Rule 7-3). The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a reply to any cross-motion."

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion for summary

judgment is stricken.  Plaintiff shall re-file by October 18, 2007, his motion for summary judgment as a cross-motion contained within his opposition to Defendant's motion for summary.  Defendant's reply and opposition to Plaintiff's cross-motion will be due October 25, 2007, and any surreply by Plaintiff will be due November 1, 2007.  The hearing currently set for November 8, 2007, is continued to November 15, 2007, at 2:00 p.m.

Dated  10/11/07

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2