**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

```
DMYTRO VEROVKIN,                      No. C 07-03987 CW

        Plaintiff,                    CLERK'S NOTICE
                                      CONTINUING CASE
    v.                                MANAGEMENT
                                      CONFERENCE
DAVID N. STILL,

        Defendant.
                                   /
```

Notice is hereby given that the Case Management Conference, previously set for November 8, 2007, is continued to **November 15, 2007, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 10/11/07

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk