SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DMYTRO VEROVKIN, | ) | No. C 07-3987 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ADR CERTIFICATION |
| DAVID N. STILL, District Director, United States Citizenship and Immigration Services, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

ADR CERTIFICATION
No. C 07-3987 CW

1 removed from the ADR Multi-Option Program and that they be excused from participating in the
2 ADR phone conference and any further formal ADR process.

3 Dated: October 23, 2007                    Respectfully submitted,

4                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
5

6                                                         _____/s/_____
                                                          MELANIE L. PROCTOR[1]
7                                                         Assistant United States Attorney
                                                          Attorneys for Defendants
8

9
Dated: October 23, 2007                       _____/s/_____
10                                                        DMYTRO VEROVKIN
                                                          Pro Se
11

12                                           **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14 Date: _____
15                                                        CLAUDIA WILKEN
                                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3987 CW                          2