1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DMYTRO VEROVKIN, | No. C 07-3987 CW |
| Plaintiff, | |
| v. | |
| DAVID N. STILL, District Director, United States Citizenship and Immigration Services, | ADR CERTIFICATION AND ORDER REMOVING CASE FROM ADR MULTI-OPTION PROGRAM |
| Defendant. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

ADR CERTIFICATION
No. C 07-3987 CW

1  removed from the ADR Multi-Option Program and that they be excused from participating in the
2  ADR phone conference and any further formal ADR process.
3  Dated: October 23, 2007                    Respectfully submitted,
4                                             SCOTT N. SCHOOLS
                                               United States Attorney
5
6                                                   /s/
                                               MELANIE L. PROCTOR[1]
7                                              Assistant United States Attorney
                                               Attorneys for Defendants
8
9
10 Dated: October 23, 2007                          /s/
                                               DMYTRO VEROVKIN
                                               Pro Se
11
12                          **ORDER**
13     Pursuant to stipulation, IT IS SO ORDERED.
14 Date:    10/24/07
15                                             CLAUDIA WILKEN
                                               United States District Judge

---

28    [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3987 CW                    2