DMYTRO E. VEROVKIN, Pro Se
39821 Cedar Blvd., Unit 313
Newark, CA 94560
Telephone: 510-493-2441

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Dmytro VEROVKIN, | Case No.: **C 07-3987-CW** |
| Plaintiff, | |
| vs. | Stipulation |
| David N. STILL, District Director, United States Citizenship & Immigration Services, | Date:  November 15, 2007<br>Time:  2:00 p.m. |
| Defendant | Courtroom:  2 |

    Pursuant to communications between Plaintiff and Defendant's counsel, Melanie Proctor it has been determined that each party has scheduling conflicts after November 8, 2007 for every Thursday until January, 2008. Accordingly, the parties stipulate to the Court taking the matter under submission on the briefs at the close of the briefing period.

Dated: October 29, 2007                                /s/
                                                                     Dmytro Verovkin, Plaintiff

Dated: October 29, 2007                                /s/
                                               Melanie Proctor, Attorney for Defendant