IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DMYTRO VEROVKIN,

    Plaintiff,

  v.

DAVID N. STILL,

    Defendant.
_____/

No. C 07-03987 CW

CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for November 15, 2007, is vacated.

Dated: 10/30/07

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk