SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DMYTRO VEROVKIN, ) | No. C 07-3987 CW |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF REMOVAL PROCEEDINGS |
| DAVID N. STILL, District Director, United ) | |
| States Citizenship and Immigration ) | |
| Services, ) | |
| ) | |
|     Defendant. ) | |

    Defendant hereby notifies the Court that removal proceedings have been initiated against Plaintiff.

    Dated: December 21, 2007          Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney

                                                      _____/s/_____
                                                      MELANIE L. PROCTOR
                                                      Assistant United States Attorney
                                                      Attorney for Defendants

NOTICE
No. C 07-3987 CW

U.S. Department of Homeland Security

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID : 266503055

File No: A096 630 323
Event No: SFR0810001915

In the Matter of:
Dmytro Eduardovich VEROVKIN

Respondent: _____ currently residing at:

39821 CEDAR BLVD., #313 , NEWARK CALIFORNIA 94560      ( )    -

(Number, street, city and ZIP code)    (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Ukraine and a citizen of Ukraine;
3. You were admitted to the United States at Phoenix, AZ on April 25, 2004 as a K-2 nonimmigrant with authorization to remain in the United States for a temporary period not to exceed July 23, 2004;
4. On September 14, 2005, you filed an I-485, Application to Register Permanent Resident Status or Adjust Status. This application was denied on April 25, 2006. A motion to reopen was submitted on May 22, 2006 and was dismissed on September 13, 2006;
5. You remained in the United States beyond July 23, 2004 without authorization from United States Citizenship and Immigration Services.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:  ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
120 MONTGOMERY ST. SUITE 800 San Francisco CALIFORNIA US 94104

(Complete Address of Immigration Court, Including Room Number, if any)

on  a date to be set   at  a time to be set   to show why you should not be removed from the United States based on the
    (Date)                  (Time)

charge(s) set forth above.
NOV 13 2007                            _____  SUPERVISORY ADJUDICATIONS OFFICER
                                       (Signature and Title of Issuing Officer)

Date: _____    SAN FRANCISCO, CA
                              (City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07)

Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____    _____
                                            *(Signature of Respondent)*

                                            Date: _____

_____
*(Signature and Title of Immigration Officer)*

Certificate of Service

This Notice To Appear was served on the respondent by me on _____, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☐ in person    ☐ by certified mail, returned receipt requested    ☒ by regular mail

☐ Attached is a credible fear worksheet.

☐ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____    _____
*(Signature of Respondent if Personally Served)*    *(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07)