**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DMYTRO VEROVKIN,

    Plaintiff,

  v.

DAVID N. STILL, District Director,
United States Citizenship &
Immigration Services,

    Defendant.
_____/

No. C 07-03987 CW

JUDGMENT

    For the reasons set forth in this Court's Order Denying Defendant's Motion for Summary Judgment and Granting Plaintiff's Cross-Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED

    That Defendant David N. Still, District Director, United States Citizenship & Immigration Service, shall reopen Plaintiff's application for adjustment of status and adjudicate it in conformity with this Court's Order, and that Plaintiff shall recover of the Defendant his costs of action.

    Dated at Oakland, California, this 21st day of December, 2007.

                              RICHARD W. WIEKING
                              Clerk of Court

                By: _____
                              SHEILAH CAHILL
                              Deputy Clerk