IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DMYTRO VEROVKIN,

      Plaintiff,

  v.

DAVID N. STILL,

      Defendant.

No. C 07-3987 CW

ORDER CONCERNING NOTICE OF REMOVAL PROCEEDINGS

On December 21, 2007, Defendant filed a notice advising the Court that removal proceedings had been initiated against Plaintiff.  Later that day, the Court filed an order pursuant to which judgment was entered in favor of Plaintiff.  The Court assumes that Defendant will consider the removal proceedings moot in light of this judgment.  Defendant shall notify the Court if those proceedings are not terminated promptly.

    IT IS SO ORDERED.

Dated: 1/3/08

                          CLAUDIA WILKEN
                          United States District Judge