JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DMYTRO VEROVKIN,<br><br>                Plaintiff,<br><br>   v.<br><br>ROSEMARY MELVILLE,* District Director, United States Citizenship and Immigration Services,<br><br>                Defendant. | No. C 07-3987 CW<br><br>NOTICE REGARDING REMOVAL PROCEEDINGS |

Undersigned counsel hereby notifies the Court that Immigration and Customs Enforcement ("ICE") has moved to terminate the removal proceedings against Plaintiff without prejudice, pursuant to 8 C.F.R. § 1239.2(c).[1] See Declaration of Melanie Proctor, Exh. A. However, until the immigration judge acts on ICE's motion, Defendant Melville is without jurisdiction to adjudicate

---

[1] Defendant Melville, in her capacity as District Director of U.S. Citizenship and Immigration Services, does not have any authority over ICE. On March 1, 2003, Congress transferred the INS's functions to the Bureau of Immigration and Customs Enforcement ("ICE") and the U.S. Customs and Immigration Service ("USCIS") of the United States Department of Homeland Security ("DHS"). Homeland Security Act of 2002, Pub. L. No. 107-296, §§ 441, 451 & 471, 116 Stat. 2135, 2192, 2195-97, & 2205 (codified at 6 U.S.C. §§ 251, 271, and 291).

*Pursuant to Fed. R. Civ. P. 25(d)(1), Rosemary Melville is substituted for her predecessor, David Still, as the District Director of United States Citizenship and Immigration Services.

NOTICE
C07-3987 CW                        1

Plaintiff's application for adjustment of status.

Once an alien is in removal proceedings, the immigration court has exclusive jurisdiction over his application for adjustment of status. Haswanee v. United States Attorney General, 471 F.3d 1212, 1217 (11th Cir. 2006) (stating that the regulations clearly state that DHS "does not have jurisdiction over adjustment of status applications when the alien has been placed in removal proceedings."); 8 C.F.R. §§ 245.2(a)(1), 245.2(a)(5)(ii). Thus, until the immigration judge terminates the removal proceeding, Defendant Melville cannot act on Plaintiff's application for adjustment of status.[2]

Dated: January 8, 2008                                   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                          /s/
                                                    MELANIE L. PROCTOR
                                                    Assistant U.S. Attorney
                                                    Attorneys for Defendant

---

[2] Furthermore, until the immigration judge terminates proceedings, Plaintiff must appear at any scheduled hearings. 8 U.S.C. § 1229a(a)(5) (stating that failure to appear will result in an order of removal in absentia).

NOTICE
C07-3987 CW                                2