JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| DMYTRO VEROVKIN, | ) | No. C 07-3987 CW |
|                Plaintiff, | ) | |
| v. | ) | DECLARATION OF MELANIE PROCTOR |
| ROSEMARY MELVILLE,* District Director, United States Citizenship and Immigration Services, | ) ) ) | |
|                Defendant. | ) | |

I, Melanie Proctor, declare and state as follows:

1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

///

///

///

///

\*Pursuant to Fed. R. Civ. P. 25(d)(1), Rosemary Melville is substituted for her predecessor, David Still, as the District Director of United States Citizenship and Immigration Services.

PROCTOR DECLARATION
No. C 07-3987 CW

1    2.   Immigration and Customs Enforcement ("ICE") has moved to terminate the removal proceedings against Plaintiff. A true and correct copy of the ICE's motion is attached to this declaration as Exhibit A.

Signed this 8th day of January 2008, in San Francisco, California.

                                                      /s/
                                         MELANIE L. PROCTOR

PROCTOR DECLARATION
No. C 07-3987 CW                 2

# EXHIBIT A

COPY

RY
1-29-08
WP

RONALD E. LE FEVRE
Chief Counsel
JAMES S. STOLLEY, JR.
Deputy Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
P.O. Box 26449
San Francisco, California 94126-6449
(415) 705-1602

*RECEIVED
DEPARTMENT OF JUSTICE
JAN 8 2008*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

| | |
|---|---|
| In the Matter of | |
| Dmytro VEROVKIN, | File: A96 630 323 |
| Respondent | San Francisco |
| In Removal Proceedings | IJ:RY 1/29/08 |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The U.S. Department of Homeland Security, Immigration and Customs Enforcement, moves to terminate respondent's proceedings without prejudice pursuant to 8 C.F.R. sec. 1239.2(c) (2007), as it is no longer in the Government's interest to pursue. 8 C.F.R. sec. 239(a)(7).

Respectfully submitted,

Ronald E. Le Fevre
Chief Counsel

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by U.S. mail this day, January 8, 2008, to respondent c/o Ronald Monks, 39821 Cedar Blvd., #313, Newark, CA 94560.

JAMES S. STOLLEY, JR.
Deputy Chief Counsel

RECEIVED
DEPARTMENT OF JUSTICE
JAN 8 2008