DMYTRO E. VEROVKIN, Pro Se
24323 Jackson Avenue, Unit 916
Murrieta, CA 92562
Telephone: 510-493-2441

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Dmytro VEROVKIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>David N. STILL, District Director, United States Citizenship & Immigration Services,<br><br>    Defendant | Case No.: **C 07-3987-CW**<br><br>NOTICE OF ADDRESS CHANGE |

The address of Plaintiff, Dmytro Verovkin has changed.  The new address is:

> 24323 Jackson Avenue, Unit 916
> Murrieta, CA 92562

/s/
DMYTRO EDUARDOVICH VEROVKIN

- 1 -