DMYTRO E. VEROVKIN, Pro Se
24323 Jackson Avenue, Unit 916
Murrieta, CA 92562
Telephone: 510-493-2441

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Dmytro VEROVKIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>David N. STILL, District Director, United States Citizenship & Immigration Services,<br><br>　　　　　Defendant | Case No.: **C 07-3987-CW**<br><br>DECLARATION OF DMYTRO EDUARDOVICH VEROVKIN RE: BILL OF COSTS |

I, DMYTRO EDUARDOVICH VEROVKIN, declare and state as follows:

1. That I am the Plaintiff in the above-entitled action and the prevailing party to whom costs were awarded by the Court;

2. That I have personal knowledge of the costs listed on the attached Bill of Costs, (form AO-133);

3. That the costs necessary to litigate the matter as listed on Bill of Costs were:
    - Filing fee paid to USCIS for filing Motion to Reconsider ...........$ 385.00
    - Filing fee paid to the Clerk of this Court   ……….…………...$ 350.00

Signed this 3rd day of March 2008, in Murrieta, California.

/s/
DMYTRO EDUARDOVICH VEROVKIN

- 1 -