DMYTRO E. VEROVKIN, Pro Se
24323 Jackson Avenue, Unit 916
Murrieta, CA 92562
Telephone: 510-493-2441

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Dmytro VEROVKIN, | Case No.: **C 07-3987-CW** |
| Plaintiff, | |
| vs. | DECLARATION OF DMYTRO EDUARDOVICH VEROVKIN |
| David N. STILL, District Director, United States Citizenship & Immigration Services, | RE: MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS |
| Defendant | |

I, DMYTRO EDUARDOVICH VEROVKIN, declare and state as follows:

1. That I am the Plaintiff in the above-entitled action and the prevailing party to whom costs were awarded by the Court;

2. That after the judgment in my favor, I began to research the procedure for recovering the costs so awarded. I was unclear as to the distinction between costs, expenses and fees. I read that motions for fees must not be filed before the period for appeal has run as the judgment cannot be considered final before such time.

3. I further understood that, as to bills of costs, the clerk cannot tax until the time for appeal has run. I therefore interpreted local rule 54-1(a) to allow 14 days after the entry of *final* judgment, which in this case where no appeal was brought would be 14 days from the expiration of the time allowed for a notice of appeal, or March 4, 2008, the same day I filed the Bill of Costs.

4   When I received notice that the clerk had disallowed my costs due to my misinterpretation of the Local Rules resulting in filing out of time, I brought a motion to review the clerk's determination or gain a waiver of the rule due to my error.

Signed this 21st day of March 2008, in Murrieta, California.

/s/
DMYTRO EDUARDOVICH VEROVKIN