JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DMYTRO VEROVKIN, ) <br> ) <br>                Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID N. STILL, District Director, United ) <br> States Citizenship and Immigration ) <br> Services, ) <br> ) <br>                Defendant. ) <br> ) | No. C 07-3987 CW <br><br> DECLARATION OF MELANIE PROCTOR |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    On March 25, 2008, Defendant objected to Plaintiff's request for $385 in reimbursement of his filing fee paid for the administrative motion to reconsider, and offered to settle Plaintiff's bill of costs. Plaintiff has declined the offer.

    Signed this 27th day of March 2008, in San Francisco, California.

                                                /s/
                                      MELANIE L. PROCTOR

PROCTOR DECLARATION
No. C 07-3987 CW