IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMYTRO VEROVKIN,<br><br>    Plaintiff,<br><br>   v.<br><br>DAVID N. STILL,<br><br>    Defendant.<br>_____/ | No. C 07-3987 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME (DOCKET NO. 29) |

    Plaintiff Dmytro Verovkin has moved for leave to file his bill of costs out of time. He was required to file this bill within fourteen days of entry of judgment in his favor on December 21, 2007. See Local Rule 54-1(a). Plaintiff misinterpreted the local rule to require that he file a bill of costs within fourteen days of the government's deadline to file a notice of appeal. Accordingly, Plaintiff filed his bill of costs on March 4, 2008 and it was denied by the clerk as untimely.

    Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Court may extend the time specified for doing a particular act, even after the time to do the act has expired, if the failure to meet the deadline is attributable to excusable neglect.

    The Court finds that Plaintiff's mistake constitutes excusable

neglect and GRANTS Plaintiff's motion.  Plaintiff may file his bill of costs within ten court days of this order.  Plaintiff is advised, however, that the filing fee he paid to the U.S. Citizenship and Immigration Services in connection with his request that the agency reconsider his application for adjustment of status is not taxable as a cost of this action.

IT IS SO ORDERED.

Dated: 4/4/08

CLAUDIA WILKEN
United States District Judge

2